| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DONALD RAY RHODES, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:07-CV-952
§
JEFF RICHARDSON, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Donald Ray Rhodes, a prisoner confined at the Newton County Correction Center, proceeding *pro se*, brought this civil rights action pursuant to 42 U.S.C. § 1983 against Officer Jeff Richardson, Officer Tommy Adams, and the Newton City Police Department.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing the case without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 14th day of May, 2008.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE